UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

Monroe Division

| | | |
|---|---|---|
| ANR PIPELINE COMPANY | * | CIVIL ACTION NO.: |
| | * | |
| *Plaintiff* | * | |
| VS. | * | DISTRICT JUDGE: |
| | * | |
| 170.7942 ACRES MORE OR LESS, IN | * | |
| RICHLAND AND WEST CARROLL | * | MAGISTRATE JUDGE: |
| PARISHES, GEORGE B. FRANKLIN & | * | |
| SON, INC., DAIRYLAND, L.L.C., | * | |
| CLARENCE RAY HARTLEY, JOSEPH | * | |
| BEAUREGARD HARTLEY, JR., | * | |
| JAMES L. FORTENBERRY TRUST, | * | |
| CHARLOTTE FORTENBERRY | * | |
| PLAKIOTIS TRUST, ALICE | * | |
| FORTENBERRY OGLES TRUST, C & G | * | |
| OF WINNSBORO, INC., REGAN COBB, | * | |
| LLC, R & S OF RAYVILLE, L.L.C., | * | |
| SCOGAN, L.L.C., BRIAN LANE | * | |
| MILLER, C. DANIEL RAWLS, RAY G. | * | |
| RALEY, NINA G. RALEY, DUCK | * | |
| FLIGHT, INC., DONALD M. RALEY, | * | |
| DONDAROSA FARMS, L.L.C., CINDY | * | |
| NUNEZ, JAMES R. SAVAGE AND | * | |
| MARY SUE SAVAGE (IN THEIR | * | |
| CAPACITIES AS TRUSTEES OF THE | * | |
| SAVAGE FAMILY LIVING TRUST), | * | |
| DON K. HALES, WILLIAM R. TURNER, | * | |
| AND ANY OTHER INTERESTED | * | |
| PERSONS | * | |
| | * | |
| *Defendants* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## Complaint in Condemnation

Plaintiff, ANR Pipeline Company, files this action, pursuant to Fed. R. Civ. P. 71.1 and

15 U.S.C. § 717f(h), and seeks (a) the taking of certain interests in twenty-one tracts of real

1

property located in Richland and West Carroll Parishes, Louisiana, in the form of  servitudes of right of use and rights-of-way authorizing ANR to construct a new 30-inch-diameter natural gas pipeline on said real property and to abandon an existing 30-inch diameter pipeline on said real property, in connection with ANR's operation of the Oak Grove Enhancement Project (the "Project"); (b) immediate entry and possession of the foregoing real property; and (c) the ascertainment and award of just compensation and damages to the following owners of interest in the foregoing real property: George B. Franklin & Son, Inc., Dairyland, L.L.C., Clarence Ray Hartley, Joseph Beauregard Hartley, Jr., James L. Fortenberry Trust, Charlotte Fortenberry Plakiotis Trust, Alice Fortenberry Ogles Trust, C & G of Winnsboro, Inc., Regan Cobb, LLC, R & S of Rayville, L.L.C., Scogan, L.L.C., Brian Lane Miller, C. Daniel Rawls, Ray G. Raley, Nina G. Raley, Duck Flight, Inc., Donald M. Raley, Dondarosa Farms, L.L.C., Cindy Nunez, James R. Savage and Mary Sue Savage (in their capacities as Trustees of the Savage Family Living Trust), Don K. Hales, William R. Turner, and any other interested persons (when referenced collectively, "Defendants" or "Landowners").

In support of its Complaint, ANR states:

### JURISDICTION AND VENUE

1.     This Court has original subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and Section 7h of the Natural Gas Act, 15 U.S.C. § 717f(h), because: (a) ANR is the holder of a Certification of Public Convenience and Necessity issued by the Federal Energy Regulatory Commission ("FERC"), which authorizes ANR to construct and abandon natural gas pipelines on real property located in Richland and West Carroll Parishes for the Project, as part of its pipeline integrity program; (b) despite negotiation efforts, ANR has been unable to reach an agreement with some of the Landowners as to compensation for the rights-of-way and servitudes

necessary for the construction of the new pipeline and abandonment of the existing pipeline; and (c) the value of the property interests to be taken exceeds $3,000.00, or the Landowners claim that the value of such servitudes exceeds $3,000.00.[1]

    **2.**    Venue is proper in this judicial district and division pursuant to 28 U.S.C. § 98(c) and 28 U.S.C. § 1391(b)(2) because the interests in the real property that ANR seeks to take by eminent domain are located within Richland and West Carroll Parishes, Louisiana.

**PARTIES**

    **3.**    Plaintiff, ANR Pipeline Company is a Delaware corporation that is authorized to transact business in Louisiana.  ANR is a "natural-gas company," as defined by the Natural Gas Act, 15 U.S.C. § 717a(6),[2] and, as such, is authorized to construct, own, operate, and maintain pipelines for the transportation of natural gas in interstate commerce.  ANR's transportation of natural gas in interstate commerce is subject to the jurisdiction and approval of the FERC.

    **4.**    Made Defendants herein are the following persons who are believed to be the record owners of the twenty-one tracts of real property in Richland and West Carroll Parishes made the subject of this action:

    **a.**    George B. Franklin & Son, Inc., a Louisiana corporation.

    **b.**    Dairyland, L.L.C., a Louisiana limited liability company whose members, upon information and belief, are domiciled in Louisiana.

    **c.**    Clarence Ray Hartley, a natural person who, upon information and belief, is domiciled in Louisiana.

---

[1] ANR has tendered a settlement offer of at least $3,000 for each parcel sought in this case and the Landowners have not accepted these offers as of the time of filing this Complaint.  In condemnation proceedings under the Natural Gas Act, "[a] plaintiff's offer on a property interest may constitute the minimum estimate of what constitutes just compensation." *Columbia Gas Transmission Corp. v. Rodriguez*, 551 F. Supp. 2d 460, 462 (W.D. Va. 2008) (citing *ANR Pipeline Co. v. 62.026 Acres of Land*, 389 F.3d 716, 718 (7th Cir. 2004)).

[2] 15 U.S.C. § 717a(6) (defining "natural-gas company" as "a person engaged in the transportation of natural gas in interstate commerce, or the sale in interstate commerce of such gas for resale").

     **d.**     Joseph Beauregard Hartley, Jr., a natural person who, upon information and belief, is domiciled in Louisiana.

     **e.**     James L. Fortenberry Trust, through its trustee(s) (the name(s) and address(es) of whom are presently unknown), a trust whose trustee(s), settlor(s), and beneficiary(ies), upon information and belief, are domiciled in Louisiana.

     **f.**     Charlotte Fortenberry Plakiotis Trust, through its trustee(s) (the name(s) and address(es) of whom are presently unknown), a trust whose trustee(s), settlor(s), and beneficiary(ies), upon information and belief, are domiciled in Louisiana.

     **g.**     Alice Fortenberry Ogles Trust, through its trustee(s) (the name(s) and address(es) of whom are presently unknown), a trust whose trustee(s), settlor(s), and beneficiary(ies), upon information and belief, are domiciled in Louisiana.

     **h.**     C & G of Winnsboro, Inc., a Louisiana corporation.

     **i.**     Regan Cobb, LLC, a Louisiana limited liability company whose members, upon information and belief, are domiciled in Louisiana.

     **j.**     R & S of Rayville, L.L.C., a Louisiana limited liability company whose members, upon information and belief, are domiciled in Louisiana.

     **k.**     Scogan, L.L.C., a Louisiana limited liability company whose members, upon information and belief, are domiciled in Louisiana.

     **l.**     Brian Lane Miller, a natural person who, upon information and belief, is domiciled in Louisiana.

     **m.**     C. Daniel Rawls, a natural person who, upon information and belief, is domiciled in Louisiana.

**n.**      Ray G. Raley, a natural person who, upon information and belief, is domiciled in Louisiana.

**o.**      Nina G. Raley, a natural person who, upon information and belief, is domiciled in Louisiana.

**p.**      Duck Flight, Inc., a Louisiana corporation.

**q.**      Donald M. Raley, a natural person who, upon information and belief, is domiciled in Louisiana.

**r.**      Dondarosa Farms, L.L.C., a Louisiana limited liability company whose members, upon information and belief, are domiciled in Louisiana.

**s.**      Cindy Nunez, a natural person who, upon information and belief, is domiciled in Mississippi.

**t.**      Savage Family Living Trust, through its trustees, James R. Savage and Mary Sue Savage, a trust whose trustee(s), settlor(s), and beneficiary(ies), upon information and belief, are domiciled in California and Nevada.

**u.**      Don K. Hales, a natural person who, upon information and belief, is domiciled in California.

**v.**      William R. Turner, a natural person who, upon information and belief, is domiciled in California.

### THE SUBJECT PROPERTY

**5.**      The Defendants are the record owners of the following twenty-one tracts of real property located in Richland and West Carroll Parishes as set forth below:

**a.**      Defendant George B. Franklin & Son, Inc. is the record owner of a tract of real property located in Richland Parish, described as "Tract No. RI-004.000," on which

ANR is seeking a servitude and right-of-way comprising 2.9290 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 1**.

      **b.**      Defendant Dairyland, L.L.C. is the record owner of a tract of real property located in Richland Parish, described as "Tract No. RI-005.000," on which ANR is seeking a servitude and right-of-way comprising 3.8770 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 2**.

      **c.**      Defendant Dairyland, L.L.C. is the record owner of a tract of real property located in Richland Parish, described as "Tract No. RI-007.000," on which ANR is seeking a servitude and right-of-way comprising 3.7950 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 3**.

      **d.**      Defendant Clarence Ray Hartley is the record owner of a tract of real property located in Richland Parish, described as "Tract No. RI-007.200," on which ANR is seeking a servitude and right-of-way comprising 1.3220 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 4**.

      **e.**      Defendant Clarence Ray Hartley is the record owner of a tract of real property located in Richland Parish, described as "Tract No. RI-008.000," on which ANR is seeking a servitude and right-of-way comprising 4.6780 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 5**.

      **f.**      Defendant Joseph Beauregard Hartley, Jr. is the record owner of a tract of real property located in Richland Parish, described as "Tract No. RI-009.000," on which ANR is seeking a servitude and right-of-way comprising 3.9320 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 6**.

g.      Defendants James L. Fortenberry Trust, Charlotte Fortenberry Plakiotis Trust, and Alice Fortenberry Ogles Trust are the record owners of real property located in Richland Parish, described as "<u>Tract No. RI-012.000</u>," on which ANR is seeking a servitude and right-of-way comprising 5.3640 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 7**.

h.      Defendant C & G of Winnsboro, Inc. is the record owner of real property located in Richland Parish, described as "<u>Tract No. RI-015.000</u>," on which ANR is seeking a servitude and right-of-way comprising 0.3420 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 8**.

i.      Defendant Regan Cobb, LLC is the record owner of real property located in Richland Parish, described as "<u>Tract No. RI-016.000</u>," on which ANR is seeking a servitude and right-of-way comprising 3.6090 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 9**.

j.      Defendant C & G of Winnsboro, Inc. is the record owner of real property located in Richland Parish, described as "<u>Tract No. RI-017.000</u>," on which ANR is seeking a servitude and right-of-way comprising 4.0240 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 10**.

k.      Defendants R & S of Rayville, L.L.C. and Scogan, L.L.C. are the record owners of real property located in Richland Parish, described as "<u>Tract No. RI-018.000</u>," on which ANR is seeking a servitude and right-of-way comprising 25.8050 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 11**.

l.      Defendant C & G of Winnsboro, Inc. is the record owner of real property located in Richland Parish, described as "<u>Tract No. RI-019.000</u>," on which ANR is seeking

a servitude and right-of-way comprising 7.5920 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 12**.

      **m.**      Defendant George B. Franklin & Son, Inc. is the record owner of real property located in Richland Parish, described as "Tract No. RI-023.000," on which ANR is seeking a servitude and right-of-way comprising 30.8020 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 13**.

      **n.**      Defendants R & S of Rayville, L.L.C. and Scogan, LLC are the record owners of real property located in Richland Parish, described as "Tract No. RI-023.100," on which ANR is seeking a servitude and right-of-way comprising 0.2840 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 14**.

      **o.**      Defendant Brian Lane Miller is the record owner of real property located in West Carroll Parish, described as "Tract No. WC-026.000," on which ANR is seeking a servitude and right-of-way comprising 3.7520 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 15**.

      **p.**      Defendant C. Daniel Rawls is the record owner of real property located in West Carroll Parish, described as "Tract No. WC-035.000," on which ANR is seeking a servitude and right-of-way comprising 17.9920 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 16**.

      **q.**      Defendants Ray G. Raley and Nina G. Raley are the record owners of real property located in West Carroll Parish, described as "Tract No. WC-036.000," on which ANR is seeking a servitude and right-of-way comprising 6.6760 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 17**.

r.      Defendant Duck Flight, Inc. is the record owner of real property located in West Carroll Parish, described as "Tract No. WC-037.000," on which ANR is seeking a servitude and right-of-way comprising 9.0182 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 18**.

s.      Defendants Donald M. Raley and Dondarosa Farms, L.L.C. are the record owners of real property located in West Carroll Parish, described as "Tract No. WC-038.000," on which ANR is seeking a servitude and right-of-way comprising 16.5190 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 19**.

t.      Defendant Cindy Nunez is the record owner of real property located in West Carroll Parish, described as "Tract No. WC-048.000," on which ANR is seeking a servitude and right-of-way comprising 2.9930 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 20**.

u.      Defendants Savage Family Living Trust, Don K. Hales, and William R. Turner are the record owners of real property located in West Carroll Parish, described as "Tract No. WC-064.000," on which ANR is seeking a servitude and right-of-way comprising 15.4890 acres, more or less, and is more particularly described and depicted in the plat attached as **Exhibit 21**.

6.      The foregoing twenty-one tracts, Tracts No. RI-004.000, RI-005.000, RI-007.000, RI-007.200, RI-008.000, RI-009.000, RI-012.000, RI-015.000, RI-016.000, RI-017.000, RI-018.000, RI-019.000, RI-023.000, RI-023.100, WC-026.000, WC-035.000, WC-036.000, WC-037.000, WC-038.000, WC-048.000, and WC-064.000, will be referred to collectively herein as the "Property."

## FACTS

**7.**     ANR is in the business of transporting natural gas in interstate commerce pursuant to authorization granted by the FERC.  As such, ANR is subject to the jurisdiction of the FERC.

**8.**     Since approximately 1950s, ANR and its predecessors have operated natural gas pipelines in and around the State of Louisiana, including, but not limited to, Richland and West Carroll Parishes.

**9.**     On July 25, 2024, the FERC issued to ANR a Certificate of Public Convenience and Necessity (the "FERC Certificate") authorizing ANR to construct and operate the Project, as part of its pipeline integrity program.  A copy of the FERC Certificate is attached as **Exhibit 22**.

**10.**     In connection with its operation of the Oak Grove Enhancement Project, ANR must abandon a 33.60-mile-long, 30-inch-diameter segment of Line 0-501, an existing natural gas pipeline in Richland and West Carroll Parishes, Louisiana, and replace it with 34.14 miles of a new 30-inch-diameter pipeline, the majority of which will run parallel to the abandoned segment.

**11.**     In order to maintain its existing interstate natural gas transportation service to its customers, ANR needs to begin construction of the new pipeline and place it into service before abandonment activities can occur.

**12.**     ANR already has rights-of-way and servitude agreements in place with the Landowners for the operation of the existing 30-inch-diameter segment of Line 0-501 to be abandoned, but ANR needs to expand the size and nature of its existing rights-of-way and servitudes to: (a) construct the new pipeline; and (b) abandon the existing pipeline in place.

**13.**     Thus, ANR seeks to acquire servitudes of right of use and rights-of-way over the Property for the purpose of constructing the new 30-inch-diameter pipeline on the Property and abandoning the existing 30-inch diameter pipeline situated on the Property, and, on certain of the

tracts comprising the Property, ANR also seeks to acquire temporary workspaces, which are necessary for ANR to perform construction, abandonment, and operational-related activities, including restoration or clean-up activities  (the foregoing rights being sought will be referred to, collectively, as "the Proposed Servitudes").  The location of each Proposed Servitude is depicted on the survey plats attached as **Exhibits 1-21**.

14.    The FERC Certificate requires ANR to complete construction of the proposed facilities *and* make those facilities available for service by July 25, 2026.  *See* **Exhibit 22**, at pp. 23-24.

15.    ANR cannot commence construction of the new pipeline (and, correspondingly, abandonment of the existing pipeline) until it acquires the Proposed Servitudes over the Property. ANR has reached agreements with 136 of the owners of certain other tracts of real property located within the area encompassing the Proposed Servitudes, but it has been unable to reach an agreement with the Defendants named herein as of the time of filing this Complaint.[3]

16.    The Proposed Servitudes cover a total of approximately 170.7942 acres and are more fully depicted in **Exhibits 1-21**.  This figure is the sum of the total acreage of each proposed servitude of right of use, plus (to the extent applicable) the acreage of each temporary workspace, additional temporary workspace, staging area, temporary facility workspace, permanent facility workspace, and abandonment temporary workspace.

17.    ANR also seeks to condemn reasonable rights of ingress and egress on the Property for the purpose of accessing the Proposed Servitudes.

---

[3] Additionally, ANR has been unable to locate some of the other Defendants so that it can negotiate with them.

18.    ANR requests the right to immediate possession of the Proposed Servitudes for the purpose of constructing the new 30-inch-diameter pipeline on the Property and abandoning the existing 30-inch diameter pipeline situated on the Property, as described above.

19.    ANR has negotiated with the Landowners and made *bona fide* efforts to acquire the necessary servitudes by agreement but has been unable to obtain any such rights by contract, or to agree with some of the Landowners upon the compensation to be paid.  For other Landowners, ANR has been unable to locate them in order to negotiate a servitude agreement.

20.    Accordingly, pursuant to authority granted to ANR by Section 7(h) of the Natural Gas Act, 15 U.S.C. § 717f(h), ANR now seeks to take by eminent domain the Proposed Servitudes depicted in **Exhibits 1-21**.

*WHEREFORE*, Plaintiff, ANR Pipeline Company, respectfully requests that this Court:

a.    Enter an Order of Judgment of Taking by Eminent Domain as to the Proposed Servitudes, as described herein;

b.    Allow ANR immediate entry upon the Property described above prior to the determination of compensation and damages to be awarded to the Landowners upon deposit with the Court of a sum of money representing the value of the Proposed Servitudes, as determined by ANR's land rights valuation analyses for the area;

c.    Ascertain and award just compensation and damages to the Landowners for the taking of the Proposed Servitudes; and

d.    Grant such other relief as may be just and proper.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/ Taylor E. Brett*
**MARSHALL A. HEVRON, T.A. (# 32501)**
**TAYLOR E. BRETT (# 36392)**
**PAIGE H. FRANCKIEWICZ (#40778)**
701 Poydras St., Suite 4500
New Orleans, Louisiana 70139
Telephone:    (504) 581-3234
Facsimile:    (504) 566-0210
marshall.hevron@arlaw.com
taylor.brett@arlaw.com
paige.franckiewicz@arlaw.com

          *AND*

**BREITHAUPT, DUBOS, & WOLLESON, LLC**

**MICHAEL L. DUBOS (# 23944)**
**ADAM R. KARAMANIS (# 39544)**
1811 Tower Drive, Suite D
Monroe, Louisiana 71207
Telephone:    (318) 322-1202
Facsimile:    (318) 322-1984
michael@bdw.law
adam@bdw.law

*Counsel for Plaintiff, ANR Pipeline Company*

**13**